# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2019

159149(22)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ROBERT I. DAVIS,
      Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION,
      Defendant-Appellee.

SC: 159149
COA: 345137
MCAC: 15-000032

_____/

      On order of the Court, the motion for reconsideration of this Court's July 29, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2019



a1118

Clerk